AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original



# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  MJ24-024
SUBJECT PARCEL bearing tracking no. )
9505 5144 6073 4010 0550 97, more fully described in )
Attachment A )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

Subject Parcel as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before    February 1, 2024    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in this district    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    January 18, 2024 at 1:30 pm    _____
Judge's signature

City and state:    Seattle, Washington    Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

USAO #2024R00062 [TELLEZ to SANTOS]

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ24-024 | 1/22/2024 Aprx. 10:10 AM | USPS |

Inventory made in the presence of:
USPS Inspector Kim Myhrer

Inventory of the property taken and name(s) of any person(s) seized:

Nothing Seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/22/2024

*Executing officer's signature*

Shelby R Cross    USPS OIG Special Agent
*Printed name and title*

USAO #2024R00062 [TELLEZ to SANTOS]

# ATTACHMENT A
## Parcels to be searched

One Priority Mail parcel, hereinafter referred to as the "SUBJECT PARCEL." This parcel is believed to contain controlled substances or proceeds from the sale of controlled substances. The SUBJECT PARCEL is further described as follows:

SUBJECT PARCEL: One Priority Mail class parcel addressed to "Moises Albino Santos, 2122 N 20th Pl APT A, Mount Vernon, WA 98273" with a return address of "Librado Albino Tellez, 609 W MAIN ST, SANTA MARIA CA 93458." The SUBJECT PARCEL measures approximately 12" x 12" x 5.5", weighs approximately 8lbs 8.8oz. This parcel is postmarked January 10, 2024, in Santa Maria, California and carries $22.80 in postage. The delivery confirmation number is 9505 5144 6073 4010 0550 97.

The SUBJECT PARCEL is currently in the custody of the USPIS located at: USPS Processing and Distribution Center 10700 27th Ave S., Tukwila, Washington 98168.

ATTACHMENT A - 1
ITEMS TO BE SEIZED
USAO #2024R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, Oxycontin, and fentanyl;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards, or crypto currency seed phrases;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO #2024R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970